# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| v. | : **CASE NO: 7:23-CR-65 WLS-TQL-15** |
| **WILLIE HENRY KEELEY,** | : |
| | : |
| Defendant. | : |
| _____ | : |

## ORDER

On September 25, 2024, the Court held a change of plea hearing in this matter. The hearing was continued by the Court to allow the Parties to engage in further discussions, with the change of plea hearing to be rescheduled, if appropriate.

Accordingly, on or before **Tuesday, October 22, 2024**, the Parties shall file a joint report notifying the Court of the status of this matter.

**SO ORDERED**, this 17th day of October 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1