IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| v. | : CASE NO: 7:23-CR-65 WLS-TQL-15 |
| **WILLIE HENRY KEELEY,** | : |
| **Defendant.** | : |
| _____ | : |

## ORDER

On September 25, 2024, the Court held a change of plea hearing in this matter. The hearing was continued by the Court to allow the Parties to engage in further discussions, with the change of plea hearing to be rescheduled, if appropriate. Now before the Court is Defendant's Motion for Competency Evaluation Under 18 U.S.C.. § 4241 (Doc. 513) ("Motion for Evaluation") filed October 21, 2024. Therein, Defense Counsel requests the Court order a competency evaluation of Defendant Willie Henry Keeley. Pursuant to the Joint Report to Order Regarding Status of Case (Doc. 517), the Government does not oppose Defense Counsel's request for such evaluation to ensure that Defendant Keeley is competent to stand trial or otherwise act to resolve the matter.

Pursuant to 18 U.S.C. § 4241(a), (b), at any time after the commencement of a prosecution for an offense and prior to the sentencing of the Defendant, the Defendant or the Government attorney may file a motion for a hearing to determine the mental competency of the Defendant. Moreover, the Court shall grant the motion if "reasonable cause" exists to believe that the Defendant "may presently be suffering from a mental disease or defect rending him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense" under 18 U.S.C. § 4241(a). Furthermore, 18 U.S.C. § 4241(b) provides that the Court may order a psychiatric or psychological examination of the Defendant before the date of the hearing and order the psychiatric or psychological report be filed with the Court pursuant to § 4247(b) and (c).

Based on Defense Counsel's statements in the Motion for Evaluation, the Court finds there is reasonable cause to believe that the Defendant may presently be suffering from a mental disease or defect that may render him mentally incompetent such that he is unable to understand the nature and consequences of the proceedings against him or to assist his Counsel in his defense. *See* 18 U.S.C. § 4241(a).

Accordingly, the Defendant's Motion for Competency Evaluation Under 18 U.S.C.. § 4241 (Doc. 513) is **GRANTED**. It is hereby **ORDERED** that a psychiatric or psychological examination of the Defendant be conducted pursuant to 18 U.S.C. § 4247(b) and (c). Therefore, the Court **COMMITS** the Defendant to the custody of the Attorney General in a suitable facility that is closest to the Court, unless impracticable, for a period of thirty (30) days. In addition, a psychiatric or psychological report complying with 18 U.S.C. § 4247(b) and (c) ("Report") must be filed with the Court and copies of the report must be provided to the Defendant's Counsel and the Government. The Report shall include (1) the Defendant's history and present symptoms; (2) a description of the psychiatric, psychological, and medical tests that were employed and their results; (3) the examiner's findings; and (4) the examiner's opinions as to diagnosis, prognosis, and whether the Defendant is suffering from a mental disease or defect that renders him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. *See* 18 U.S.C. § 4247(c).

Subsequent to the filing of the Report, the Court will schedule a hearing in accordance with § 4247(d). The Clerk, or his deputy, is **DIRECTED** to serve a certified copy of this Order on the United States Marshal for the Middle District of Georgia.

**SO ORDERED**, this 23rd day of October 2024.

                                                                                     /s/ W. Louis Sands
                                                                                     **W. LOUIS SANDS, SR. JUDGE**
                                                                                     **UNITED STATES DISTRICT COURT**