IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | **CASE NO: 7:23-CR-65 WLS-TQL-15** |
| : | |
| **WILLIE HENRY KEELEY,** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

**ORDER**

On July 12, 2023, Defendant Willie Henry Keeley ("Keeley"), along with nineteen additional Defendants, was indicted by a grand jury in a forty-three count indictment (Doc. 1). Keeley made his initial appearance and entered a plea of not guilty on August 17, 2023. He was released on $15,000 bond the same date and ordered to submit to pretrial supervision. Thereafter, on October 23, 2024, the Court entered an Order (Doc. 520) ("Evaluation Order") granting Defendant's Motion for Competency Evaluation Under 18 U.S.C. § 4241 (Doc. 513) ("Motion for Evaluation"), and committing Keeley to the custody of the Attorney General in a suitable facility that is closest to the Court, unless impracticable, for a period of thirty (30) days. At the time the Evaluation Order was entered, Keeley remained on bond.

This matter is now before the Court at the request of Vernon D. Bronner, Supervising U.S. Probation Officer, United States Probation Office for the Middle District of Georgia ("USPO"), to clarify the date and method by which Keeley is to be committed into the custody of the Attorney General pursuant to the Evaluation Order. Mr. Bronner notified the Court that Keeley was recently provided a voluntary surrender date to check himself into the Federal Detention Center ("FDC") Miami on November 26, 2024. However, Mr. Bronner was then advised by Keeley's family members that they are unable to assist Keeley with surrendering to FDC Miami as designated.

Mr. Bronner further notified the Court that he has conferred with Keeley's counsel, Joshua Bell, and representatives of the U.S. Attorney's Office and the U.S. Marshals Office, have conferred and coordinated the transfer of Keeley to FDC Miami for examination. The Court recognizes and appreciates the efficient cooperation of all parties.

1

Accordingly, it is hereby **ORDERED**, as agreed among the above parties, including Defendant's Counsel, that by **Noon on Friday, November 8, 2024**, Defendant Willie Henry Keeley shall be present at the Crisp County, Georgia Sheriff's Office in Cordele, Georgia, to voluntarily surrender himself to the U.S. Marshals Service to be transferred to FDC Miami for examination pursuant to the Evaluation Order. The U.S. Marshals Service is **ORDERED** and **DIRECTED** to facilitate Keeley's transfer to FDC Miami prior to November 26, 2024, in accordance with the U.S. Marshals standard transportation procedures.

Upon completion of the examination, the U.S. Marshals Service is **ORDERED** and **DIRECTED** to return Keeley to the Middle District of Georgia in custody pending a hearing on any bond issue and a competency hearing in accordance with 18 U.S.C. § 4247(d). The Clerk, or his deputy, is **DIRECTED** to serve a certified copy of this Order on the United States Marshal and the United States Attorney for the Middle District of Georgia.

**SO ORDERED**, this 6th day of November 2024.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**
