IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | **CASE NO: 7:23-CR-65 WLS-TQL-15** |
| : | |
| **WILLIE HENRY KEELEY,** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

## **ORDER**

Before the Court is Defendant Willie Henry Keeley's ("Keeley") Motion to be Excused from Pre-Trial Conference (Doc. 546) ("Motion"). Therein, Keeley requests that he and his counsel, Joshua C. Bell, be excused from attending the Pre-Trial Conference scheduled in this case for November 13, 2024.

On October 23, 2024, the Court entered an Order (Doc. 520) ("Evaluation Order") granting Defendant's Motion for Competency Evaluation Under 18 U.S.C. § 4241 (Doc. 513), and committing Keeley to the custody of the Attorney General in a suitable facility for a period of thirty (30) days. At the time the Evaluation Order was entered, Keeley was free on bond pending the trial of this matter. By Order (Doc. 540) entered November 6, 2024, Keeley was ordered to be present by Noon on November 8, 2024, at the Crisp County, Georgia, Sheriff's Office in Cordele, Georgia, to voluntarily surrender himself to the U.S. Marshals Service to be transferred to the Federal Detention Center ("FDC") Miami for examination pursuant to the Evaluation Order. Keeley requests that he and Mr. Bell be excused from personally attending the November 13, 2024 Pre-Trial Conference. The Court notes that Defendant Keeley's case cannot proceed further until a report of his evaluation is received by counsel and the Court. Mr. Bell represents that the Government does not object to this request.

Based on the Court's review of the record, and to prevent any interference with the orderly transfer of Keeley to FDC Miami or any interruption or delay in conducting and concluding Keeley's evaluation, the Court finds that Keeley should be excused from attending the November 13, 2024 Pre-Trial Conference.

Accordingly, Defendant's Motion to be Excused from Pre-Trial Conference (Doc. 546) is **GRANTED** and Keeley and his counsel, Mr. Bell, are excused from personally attending the November 13, 2024 Pre-Trial Conference in this case. However, so that Defendant Keeley's case may proceed without undue delay, Mr. Bell, as counsel for Keeley is **ORDERED** to file any motions and pretrial documents not later than seven (7) days after Defendant Keeley is returned to the District following his evaluation. A Pre-Trial conference will be scheduled by separate order.

**SO ORDERED**, this 8th day of November 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

2