IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | **CASE NO:** |
| : | **7:23-CR-65 WLS-TQL-15** |
| **WILLIE HENRY KEELEY,** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

**ORDER**

On October 23, 2024, the Court issued an Order (Doc. 520) granting Defendant's Motion for Competency Evaluation Under 18 U.S.C. § 4241 (Doc. 513 ("Motion for Evaluation")), and committing Defendant Willie Henry Keeley ("Keeley') to the custody of the Attorney General in a suitable facility that is closest to the Court, unless impracticable, for a period of thirty (30) days. At the time the Evaluation Order was entered, Keeley remained on bond. Keeley's family members were unable to transport Keeley to the Federal Detention Center ("FDC") Miami for the evaluation. Therefore, with the agreement of the Parties, Keely was ordered to be present on November 8, 2024, at the Crisp County, Georgia Sheriff's Office in Cordele, Georgia, to voluntarily surrender himself to the U.S. Marshals Service so it could facilitate his transfer to FDC Miami for examination pursuant to the Evaluation Order.

On December 13, 2024, the Court received a letter from S. Serrano, Warden of the FDC Miami stating that Keeley arrived at the facility on December 5, 2024, and his evaluation was initially anticipated to be completed by January 5, 2025. However, the examiner performing Keeley's examination has had to take intermittent emergency leave through the Family Medical Leave Act to care for a family member. In order to prepare a thorough evaluation and report, Warden Serrano requests an extension of time to complete the examination until February 5, 2025, with the report anticipated to be submitted by February 20, 2025. The Parties are also requested to provide the FDC examiner with "any relevant documents that are available (i.e., medical, psychiatric, academic record, prior evaluations, investigative reports, criminal history, etc.)."

Based on the foregoing, the Court finds that it is necessary and appropriate to permit the requested extension of time. The Court **ORDERS** that, unless otherwise necessary and appropriate, the FDC shall have until **Wednesday, February 5, 2025**, to conduct Keeley's evaluation, after which the FDC shall have fifteen (15) days, or by no later than **Thursday, February 20, 2025**, to complete and submit the evaluation report. Further, the Parties shall furnish the FDC with the relevant documents as requested.

**SO ORDERED**, this 16th day of December 2024.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**